## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| BOBBY MCKNIGHT, SEAN O'BRIEN, and RANDALL MOORE, On Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) ) ) | **CLASS AND COLLECTIVE ACTION** |
| *Plaintiffs,* | ) ) | **CASE NO. 2:25-CV-13024** |
| v. | ) ) | **Hon. F. Kay Behm** |
| BLUEOVAL SK, LLC, and FORD MOTOR COMPANY, | ) ) ) | **U.S. District Judge** |
| *Defendants.* | ) ) | |

## ORDER

Before the court is Plaintiffs' Unopposed Motion for Leave to File Consolidated Complaint. There being no opposition, that Motion is **GRANTED**. The Plaintiff may file a Consolidated Complaint within fourteen (14) days of the date of this order. All other pending motions are denied as moot.

**IT IS SO ORDERED**.

Entered: May 21, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge